**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

May 8, 2014

Judge James E. Klager
County Court At Law #4
Nueces County Courthouse
Corpus Christi, TX 78401

Hon. Patsy Perez
District Clerk
901 Leopard St., Suite 313
Corpus Christi, TX 78401

Re: Cause No. 13-13-00358-CR
Tr.Ct.No. 13-714-4
Style: THE STATE OF TEXAS v. BONNIE DOWNS

Dear Sir/Madam:

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc: Hon. Mark Skurka
Hon. Douglas K. Norman
Hon. David Jakubowski
Hon. Travis W. Berry